IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DOUGLAS TIDWELL and <br> DAVID KEITH LEGGETT, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CV 117-030 |
| CHATTANOOGA FIRE PROTECTION, INC., <br> and JOSEPH ANTHONY BISHOP, | ) <br> ) <br> ) | |
| Defendants. | ) | |

**O R D E R**

The Court previously ordered Plaintiffs "to provide specific factual allegations demonstrating that the damages in this case will exceed $75,000." (Doc. no. 17.) Plaintiffs responded with a document entitled, "Amended Complaint," in which Plaintiffs added two paragraphs specifically noting damages in amounts satisfying the $75,000 threshold. (See doc. no. 24.) Thus, the Court finds that it has subject-matter jurisdiction over the case at this time, and the case shall proceed.

Although Plaintiffs filed their Amended Complaint as a "Response," Defendants responded with an "Answer to Amended Complaint." (Doc. no. 25.) For clarity of the docket and to ensure the record accurately identifies the operative pleading, the Court **DIRECTS** the **CLERK** to correct docket entry 24 to reflect the document is the Amended Complaint. The case deadlines delineated in the Court's September 1, 2017 Scheduling Order shall otherwise remain as stated. (See doc. no. 16.)

SO ORDERED this 10th day of October, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA