IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DOUGLAS TIDWELL and DAVID KEITH LEGGETT, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 117-030 |
| CHATTANOOGA FIRE PROTECTION, INC. and JOSEPH ANTHONY BISHOP, | * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of voluntary dismissal with prejudice. (Doc. 36.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of December, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA